NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LEONARD FELDER,<br><br>    Defendants. | Criminal Action No. 19-343 (CCC)<br><br>**ORDER** |

**CECCHI**, District Judge.

Presently before the Court is defendant Leonard Felder's ("Felder") motion to suppress evidence, to compel the Government to produce evidence under the Government's disclosure requirements, and for leave to file additional pre-trial motions. ECF No. 10. The Government filed a brief in opposition. ECF No. 11. The parties also submitted additional briefing regarding supplemental authority. ECF Nos. 16 and 19. The Court has considered all of the submissions and exhibits before it. For the reasons expressed in the Court's accompanying Opinion:

**IT IS** on this 21st day of May, 2021:

**ORDERED** that Defendant's motion (ECF No. 10) is **DENIED** with respect to his request to suppress evidence and his request for early disclosure of materials, and is **GRANTED** only to the extent he seeks leave, if necessary, to file additional pre-trial motions.

**SO ORDERED.**

                    _____
                    **CLAIRE C. CECCHI, U.S.D.J.**