**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LEONARD FELDER,<br><br>          Defendant. | Criminal Action No. 19-343 (CCC)<br><br>**ORDER** |

**CECCHI**, District Judge.

Presently before the Court is Leonard Felder's ("Felder") motion for reconsideration of this Court's Opinion and Order denying his omnibus motion. ECF No. 36. The Government filed a brief in opposition (ECF No. 42), and Felder replied (ECF No. 43). The Court has considered all of the papers and exhibits before it. For the reasons expressed in the Court's accompanying Opinion:

**IT IS** on this 13th day of January, 2023:

**ORDERED** that Defendant's motion for reconsideration (ECF No. 36) is **DENIED**.

**SO ORDERED.**

s/ Claire C. Cecchi
**CLAIRE C. CECCHI, U.S.D.J.**
